IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                                                    2:20CR00124 JM

MICHAEL THOMPSON

### ORDER

The United States has filed a motion to dismiss the information in this case. The Court finds that the information should be, and hereby is, DISMISSED. The United States' motion (ECF No. 2) is GRANTED. The arrest warrant issued as to Mr. Thompson is recalled.

IT IS SO ORDERED this 1st day October, 2020.

_____
James M. Moody Jr
United States District Judge